**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Central DIVISION**

**AARON CHRISTMAN,** *et al.*                                                              **PLAINTIFFS**

v.                            Case No. 4:19-cv-00488-LPR

**NEW AGE DISTRIBUTING INC.**                                                        **DEFENDANT**

### ORDER

On July 2, 2020, separate plaintiff Cecily Patrick filed a Motion to Dismiss her Claims without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. 30). On July 16, 2020, Defendant filed a Response. (Doc. 32). The Response requested that the Court condition Ms. Patrick's dismissal on her having to pay Defendant roughly $450 if she files a new lawsuit with the same or similar claims. The $450 roughly represents the legal fees and costs associated with Ms. Patrick missing her scheduled deposition.

On July 22, 2020, the Court entered an Order explaining that it would not apply such a condition to the Rule 41 dismissal, but that the Court would hold its ruling on dismissal in abeyance for five days to allow Defendant to file a Rule 37 Motion for costs and fees. (Doc. 34). Defendant has since indicated that it will not be filing a Rule 37 Motion, and the time to do so has now passed. In accordance with the Court's earlier Order and explanation, Ms. Patrick's Rule 41 Motion is GRANTED and Ms. Patrick's claims against Defendant are DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE