# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AARON CHRISTMAN,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**
*Individually and on Behalf of all Others Similarly Situated*

v.　　　　　　　　Case No. 4:19-cv-00488-LPR

**NEW AGE DISTRIBUTING, INC.**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

In accordance with the Order that was entered on March 17, 2021 (Doc. 53) and the parties' Joint Stipulation filed on March 23, 2021 (Doc. 54), it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in Defendant's favor.  Pursuant to the parties' Joint Stipulation, the parties agree to "bear their own attorney's fees and costs and waive any right to request [the] same in any way from the other party including under the FLSA or AMWA or the Federal Rules of Civil Procedure."[1]

IT IS SO ADJUDGED this 23rd day of March 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT

---

[1] Joint Stipulation (Doc. 54).